THOMAS LEE JONES *vs.* SUPERINTENDENT, MASSACHUSETTS CORREC-
TIONAL INSTITUTION AT BRIDGEWATER & others. October 21, 1977. The
plaintiff has appealed from a judgment of the Superior Court which
determined, in effect, that the plaintiff would not be eligible for parole
under G. L. c. 127, § 133, cl. (*a*), until September 2, 1977. That date
came and went pending appeal and before the case was submitted on
briefs. No reason appears on the record, nor has any been suggested,
why the case has not become moot. Compare *Blake* v. *Massachusetts
Parole Bd.,* 369 Mass. 701 (1976). Contrast *Diafario* v. *Commissioner
of Correction,* 371 Mass. 545, 552-553 (1976). Accordingly, we vacate
the judgment appealed from with a notation that the decision is not
on the merits and remand the case to the Superior Court with the di-

5 Mass. App. Ct. 764        881

Rescript Opinions.

rection to dismiss the action on the ground that it is moot. *Blake* v. *Massachusetts Parole Bd., supra* at 708.

*So ordered.*

The case was submitted on briefs.

*Richard S. Goldstein* for the plaintiff.

*Francis X. Bellotti,* Attorney General, *Donald P. Zerendow & John P. Corbett,* Assistant Attorneys General, for the defendants.